IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:15CR80 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| FRANK I. NAVA, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on April 28, 2017 that he wishes the following exhibit held by the court in this matter to be destroyed.

Defendant's Sentencing Exhibit 101 for hearing held 12/18/2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: April 28, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge